United States District Court
For the Southern District

Sadat Yancey,
          Plaintiff,

-v-

Mount Vernon Police Dept.
P.O. Ferreira,
P.O. J. Scott,
City of Mount Vernon, NY
          Defendants,

RECEIVED
SDNY PRO SE OFFICE
2015 SEP 22  AM 10: 56

Civil Action No.: _____

**15CV 7491**

Notice of Claim (Timely Filed)
42 U.S.C. 1983

---

    I, Sadat Yancey do hereby submit this Notice of Claim, following which I intend to file the actual complaint subsequent to my release from incarceration within the time parameters set by federal regulation and applicable law. It is my intention to retain the services of competent legal representation at such time when I am at liberty which I expect will be within and prior to the time limitations allowed for the filing of this action. The nature of the claim and the injury sustained by me which resulted from being assaulted and subjected to illegal excessive force by the above captioned is as follows:

    On _June 24, 2015_, at 10:25[PM] O'clock at 129 South 4th in the City of Mount Vernon, NY 10550; I was walking down 4th Avenue; I briefly stopped to converse with an associate. At some point a white truck pulled up, and came to a stop. A Caucasian male abruptly exited the vehicle seemingly in a hostile and aggressive manner, and began approaching myself and the individual with whom I was speaking. Because the Caucasian male was unfamiliar and unknown to me I and did not identify himself as an officer of the law; I ran in the direction of 3rd Street. This individual caught up to me and threw me to the concrete pavement,

and began assaulting me, and during the melee (in which I attempted to cover my face and did not strike back) this officer forced his finger or some unknown object into my mouth and down my throat causing me to asphyxiate. Said officer began punching me in my face multiple times knocking me unconscious three times and causing my eyes to close completely, my mouth and nose to bleed profusely and causing me to urinate on myself. I was subsequently placed under arrest and taken to the hospital. I arrived at Westchester County Jail with all of the bruising and injuries stated above.  As a result of this unprovoked assault I sustained permanent damage to my eye and now suffer from impaired vision and migraine headaches. I am submitting this Notice of Claim within the 90 day period and request that your office please time stamp and return a copy so stamped to me.

    I will file the full claim upon retaining counsel for the purpose of legal representation. If there have been any revisions in the laws pertaining to the filing of this action please inform me of such and in any case please still time stamp this notice so that I can retain such in my records and as a means of proof that I filed such in a timely and competent manner. Please forward any correspondence [to me] addressed as seen on the envelope.  As I am a layman in matters of law I ask for the indulgence of the Court in the case of any irregularities in my filing of notice and for any further relief as this Honorable Court may deem just and proper.

Respectfully Submitted,

